

## UNITED STATES DISCTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Eliseo GUZMAN, ) <br> ) <br> Defendant. ) <br> ) | Magistrate Case No. '22 MJ3828 <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, U.S.C., Section 1324(a)(1)(A)(ii) <br> Attempted Transportation of Illegal Aliens |

The undersigned complainant being duly sworn states:

On or about October 18, 2022, within the Southern District of California, Defendant Eliseo GUZMAN, did attempt to transport illegal alien, namely William Ulises ARELLANES-Higuera, knowing or in reckless disregard of the fact that aliens have come to, entered or remained in the United States in violation of law; in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on October 19, 2022.

HON. KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that William Ulises ARELLANES-Higuera, a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 18, 2022, United States Customs and Border Protection (CBP) Enforcement Officers conducted a special enforcement operation in the vehicle inspection area of the Otay Mesa Port of Entry.

On October 18, 2022, at approximately 10:08 A.M., V.E.B.G., a citizen of Mexico, made application for admission to the United States from Mexico at the Otay Mesa, California Port of Entry as the driver and sole visible occupant of a 2010 dark gray Volkswagen Jetta via the vehicle primary lanes. Upon inspection before a CBP Officer, V.E.B.G., presented his DSP-150 Border Crossing Card, said he was going to Otay Mesa, California and had nothing to declare from Mexico. The CBP Officer conducted a cursory inspection of the vehicle, opened the rear passenger side door, pulled down the back seat discovering what appeared to be a human individual concealed in the trunk area. The CBP Officer radioed for assistance and V.E.B.G., and the vehicle were escorted to secondary for further inspection.

In vehicle secondary, a CBP Officer assisted in removing the male individual from the vehicle. The concealed individual was later identified as William Ulises ARELLANES-Higuera (MW), determined to be a citizen of Mexico. MW had no legal documents to enter the United States and was held as a Material Witness.

CBP Officers allowed V.E.B.G., to continue into the United States under constant surveillance to identify any individuals coming to retrieve the vehicle that previously contained MW. V.E.B.G., was given instructions by a smuggling coordinator via cell phone to take the vehicle to the dollar tree, park the vehicle, leave the vehicle unlocked, and walk away. CBP Officers conducted surveillance of V.E.B.G., and the vehicle from the Otay Mesa Port of Entry to the Dollar Tree located in a shopping center of the Interstate 805 Northbound freeway exit on Main Street. At approximately 10:33 A.M., a male, later identified as Eliseo GUZMAN (Defendant), approached the vehicle, and looked into the trunk of the vehicle.

Based on CBP Officers' training and experience in alien smuggling cases through the ports of entry, drivers are often instructed to deliver vehicles to another person who will transport the aliens to a stash house or to their sponsors in the United States

Defendant saw MW was no longer in the trunk of the vehicle and immediately entered a silver 2011 Volkswagen Jetta bearing Baja California license plate number which was parked nearby and attempted to leave the scene. At this time, Officers converged to the immediate area and took Defendant into custody.

At approximately 3:19 P.M., Defendant was advised of his Miranda Rights and elected to make a statement. Defendant admitted he was hired to retrieve a silver Volkswagen Jetta containing one concealed individual. Defendant stated he was going to take the person to a second location and turn him over to someone else. Defendant admitted he would receive a payment of $500.00 U.S. dollars.

MW stated he is a citizen of Mexico with no legal entitlements to enter the United States. MW stated his friend in Washington made the smuggling arrangements and was to pay $15,000 U.S. dollars to be smuggled into the United States. MW stated he was going to Los Angeles, California with a final destination of Washington state to live and work.